ACCEPTED
01-15-00136-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/24/2015 5:52:19 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00136-CV

_____

In the Court of Appeals for the
First District of Texas at Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/24/2015 5:52:19 PM
CHRISTOPHER A. PRINE
Clerk

_____

IN THE MATTER OF I.S., A CHILD

_____

On appeal from the 315th District Court
of Harris County, Texas, No. 2014-00465J

_____

## MOTION FOR WITHDRAWAL OF
## COUNSEL AFTER FILING OF ANDERS BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS;

This Motion for Withdrawal of Counsel after filing of Anders Brief is brought by Stephen M. Pierce, attorney of record on appeal for Tameria Smith. Stephen M. Pierce requests the Court to grant him permission to withdraw as attorney for Tameria Smith in this case. In support, Stephen M. Pierce shows:

Good cause exists for withdrawal of Stephen M. Pierce as counsel, in that Stephen M. Pierce, attorney on appeal for Tameria Smith concurrently with the filing of this Motion for Withdrawal of Counsel After Filing of Anders Brief filed an Anders Brief in this Court and is required to file this Motion for Withdrawal of Counsel. Tameria Smith has been provided with a copy of the Anders Brief and has been advised of her right to the record and transcript in this case and the right

1

to file a pro-se brief with this Court.

A copy of this motion has been delivered to Tameria Smith.   The last known
address of Tameria Smith is: 156 W. Whitney, Houston, TX  77018.

Stephen M. Pierce prays that the Court enter an order discharging him as attorney
for Tameria Smith.

<div style="margin-left:45%">

Respectfully submitted,


/s/Stephen M. Pierce
**STEPHEN M. PIERCE**
TBA# 24062192
909 Texas, Suite 402
HOUSTON, TEXAS 77002
(832) 463-0224
FAX# (832) 201-9668
Attorney for Appellant

</div>

## CERTIFICATE OF SERVICE

        I certify that a true and correct copy of the foregoing Motion for withdrawal of Counsel After Filing of Anders' Brief was forwarded to all counsel of record and Appellant Tameria Smith.

<div style="margin-left:45%">

/s/Stephen M. Pierce
STEPHEN M. PIERCE

</div>